# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | **Case No. 2:13-cv-00289-RDP** |
| ) | |
| **ENCOUNTER PRODUCTIONS,** ) | |
| **INC.; CHRISTIAN MILESKI,** ) | |
| ) | |
| **Defendants.** ) | |

## **MEMORANDUM OPINION**

On April 29, 2013, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections have been filed by either Plaintiff or Defendants.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the Recommendations of the Magistrate Judge that Plaintiff's Motion for Default Judgment be granted and that a default judgment be entered in favor of Plaintiff, Wells Fargo Bank, N.A., and against Defendant Encounter Productions, Inc. formerly d/b/a Providence Ministries, Inc., for damages in the amount of $318,011.66 as of March 21, 2013, additional prejudgment interest in the amount of $1,689.87 as of April 29, 2013, with additional prejudgment interest

at a rate of $43.33 per day to the date of final judgment, and attorney's fees and costs in the amount of $14,365.95.

A separate order in conformity with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this ____2nd____ day of July, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE